JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALEN GILBERT and EDGARDO MARQUINA, individuals, on behalf of themselves, and on behalf of all persons similarly situated, Plaintiff,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY SERVICES, LLC, a Limited Liability Company; and Does 1 through 50, inclusive,<br><br>Defendant. | Case No. 2:24-CV-00067-SPG-PDx<br><br>**GRANTING STIPULATION TO REMAND ACTION TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES [ECF NO. 16]** |

Plaintiffs Jalen Gilbert and Edgardo Marquina ("Plaintiffs") and Defendant AT&T Mobility Services, LLC ("Defendant") filed a Stipulation to Remand Action to the Superior Court of California, County of Los Angeles ("Stipulation"), requesting the court remand this action to Superior Court of California, County of Los Angeles.

//
//
//

1  Having considered the Stipulation and finding good cause therefor, the court
2  GRANTS the parties' request and REMANDS this action to the Superior Court of
3  California, County of Los Angeles.
4
5  **IT IS SO ORDERED**.
6
7  Dated: February 5, 2024



HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE